AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, III, , DAVID C. | U. S.DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI | 04/26/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 928 NATCHEZ, MS 39121 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY -3 P 11: 58 RECEIVED

Bramlette III, David C.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, , DAVID C. | 04/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing Instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing Instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. UNITED MISSISSIPPI BANK | REAL ESTATE LOAN | L |
| 2. UNITED MISSISSIPPI BANK | REAL ESTATE LOAN | N |
| 3. BRITTON & KOONTZ FIRST NATIONAL BANK | REAL ESTATE LOAN | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, , DAVID C. | 04/26/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ADDENDUM CONSISTING OF 14 PAGES ATTACHED HERETO | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, , DAVID C. | 04/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| | | | | | | | If not exempt from disclosure | | |
| 1. 50% interest in rental account- Regions Bank acct. | A | rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank acct. | A | rent | J | T | | | | | |
| 3. 25% interest in farm acct.-Regions Bank acct. | A | rent | J | T | | | | | |
| 4. 25% interest in estate account-inherited property Regions Bank acct. | E | rent | J | T | | | | | |
| 5. Entergy | A | div. | K | T | This stock should have been listed as being held in Item 14 and has been moved to that account | | | | |
| 6. GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 7. CSX | A | div. | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 9. Highland Corp. | C | div. | J | T | | | | | |
| 10. Highpoint Corp. | A | div. | J | T | | | | | |
| 11. First Colony Life | B | div. | K | T | | | | | |
| 12. Penn Mutual | A | div. | M | T | | | | | |
| 13. New York Life | A | div. | L | T | | | | | |
| 14. CHARLES SCHWAB INVESTMENT ACCOUNT: | | | | | | | | | |
| STOCKS: | | | | | | | | | |
| Amgen Inc. | A | div. | | | Sold | 12/29 | J | | |
| Arkansas Power &Light | B | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | | If not exempt from disclosure | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| Ashland, Inc. | A | div. | | | This stock was listed on the 2006 FDR as being purchased in June and October, when, in fact, it was purchased in June and sold in October 2006. | | | | |
| BankAmerica Corp. New Del | A | div. | | | Sold | 12/29 | | J | |
| Becton Dickinson & Co. | A | div. | | | Sold | 12/31 | | J | |
| Caterpillar, Inc. | A | div. | | | Sold | 12/29 | | J | |
| Comcast Corp. | A | div. | | | Sold | 12/31 | | J | |
| Dominion Res Inc VA New | A | div. | | | Sold | 12/31 | | J | |
| Disney Walt Co | A | div. | | | Sold | 12/29 | | J | |
| Entergy | A | div. | K | T | | | | | |
| Exxon Mobil Corp. | A | div. | | | Sold | 12/29 | | J | |
| Freeport McMorn CP&GLD B Class B | A | div. | | | Sold | 12/29 | | J | |
| Intl. Business Machines | A | div. | | | Sold | 12/31 | | J | |
| Johnson & Johnson | A | div. | | | Sold | 12/31 | | J | |
| Kroger Co. | A | div. | | | Sold | 12/31 | | J | |
| Phillip Morris Intl | A | div. | J | T | Sold | 12/29 | | J | |
| Symantec | A | div. | | | Sold | 12/29 | | J | |
| Willis Group Holdings | A | div. | | | Sold | 12/31 | | J | |
| Verizon Communications | A | div. | | | Sold | 12/29 | | J | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| **CASH & EQUIVALENTS:** | | | | | | | | | |
| CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | L | T | | | | | |
| Schwab Govt. | | | | | Buy | 1/5 | K | | |
| Money Fund | A | div. | K | T | Buy | 1/9 | K | | |
| **MUNICIPAL BONDS:** | | | | | | | | | |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | | | | | |
| MS St 5.25%13 GO Due 11/1/13 | A | Int. | K | T | | | | | |
| MS Dev. 3.75%19 REV DUC 6/01/19 | A | Int. | K | T | Buy 7/28 | | K | | |
| New Albany MS Schl 4%18 GO UTX DUE 6/01/18 | A | Int. | K | T | Buy 12/9 | | K | | |
| 15. Undivided 1/4 int. in 2050 ac., ▓▓▓▓, Wilkinson Co., MS Inherited 10/84 - Value at acquisition $250,000 | D | rent | N | R | | | | | |
| 16. Undivided 1/20 int. in Jackson Point property, Adams Co., MS Purchased 8/86 - Value at acquisition $23,000 | C | Timber Sale | K | R | | | | | |
| 17. Undivided int. in small tract known as Gibson Tract, Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | A | Timber Sale | J | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 18. Undivided 1/30 int. in property known as Woodlawn/ Becks Bay, Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in 640 acres known as Woodlawn/ Becks Bay, Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| Additional 1/30th int. in property known as Woodlawn/ Beck's Bay, Wilkinson Co., MS - Value at acquisition $36,666.66 | None | K | R | | | | | | |
| 19. 100% ownership (in name of Orchard Corporation) of rental property known as Cliff's Convenience Corner, Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |
| 20. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 21. Undivided 1/4 int. in ▓▓▓ property incl. two 40-ac. ▓▓▓▓▓▓▓ - Value at acquisition $40,000 | E | rent | M | R | | | | | |
| 22. Small law office, Commercial Row, Woodville, MS Inherited 1984 - Value at acquisition $12,000 | None | | J | R | | | | | |
| 23. Partnership interest in Valley Farm  Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 | D | Farm & Timber Income | N | R | | | | | |
| 24. 1/4 ac. land Inherited 1980 - Value at acquisition $1,500 | None | | J | R | | | | | |
| 25. 1/4 int. in 350 ac. of timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | | K | R | | | | | |
| 26. 1/2 int. ▓▓▓▓▓▓▓ ▓▓▓▓▓, Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | | J | R | | | | | |
| 27. Undivided int. in lands located in Noxubee Co., MS, as follows: ▓▓▓▓▓▓ Inherited 1983 - Value at acquisition $30,000 | C | Tree Farm | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 28. 1/2 int., 287 ac. [ ], Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | | L | R | | | | | |
| 29. Undivided int. in [ ] [ ], Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | A | Roy. | J | R | | | | | |
| 30. 3/16th undivided int. Glasscock Island [ ] [ ] Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | C | Rent | O | R | | | | | |
| Additional .033337 undivided interest Glasscock Island in and to 762 acres Purchased 8/04 - Value at acquisition $42,780 | B | Rent | | | Sold 2/2 | | O | | Marlyn, LLC |
| 31. Interest in Layson, [ ] [ ] Wilkinson Co., MS Purchased 3/92 - Value of 5/6 ownership int. at acquisition $50,000 | B | Conservation Reserve Program | N | R | | | | | |
| Inherited additional 1/6 interest in Layson | B | CRP | N | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 32. Various <u>non-producing</u> undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | | | | | |
| Pickens County, AL | A | roy. | J | W | | | | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | E | roy. | J | W | | | | | |
| 33. <u>Producing minerals</u>: [ ] [ ], Lamar Co., AL,Oper., Moon-Hines, Well No. Moon-Hines #1; Cunningham-Taylor; roy. int. [ ] | A | roy. | J | W | | | | | |
| 34. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley- Anderson Oil Company | A | roy. | J | W | | | | | |
| 35. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various O/N [ ] | A | roy. | J | W | | | | | |
| 36.  Wilkinson County, MS: Texaco(now Ergon)-Cc. P. Long #2-D/O [ ] | A | roy. | J | W | | | | | |
| 37. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 38. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 39. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |
| 40. Wilkinson Co., MS: Hood-Goldsberry/D/O 3015-3020 | A | roy. | J | W | | | | | |
| 41. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- D/O 82077 | A | roy. | J | W | | | | | |
| 42. .000032 working int. Odgon Unit Wells 2, 3 & 4 | A | int. | K | W | | | | | |
| 43. .0013646 royalty int. Freedom Field, Wilkinson Co., MS CMRA 1 & 2 wells Threshold | B | roy. | J | W | | | | | |
| 44. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |
| 45. Undivided 30 net ac. int. in Baker Tract and Kedron,      Wilkinson Co., MS | None | | J | W | | | | | |
| 46. Producing minerals: Oxy-Well CMR-A-1, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS – income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 47. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 – Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 48. 3,171.31 acres in Wilkinson County, MS, lying in ▒▒▒▒▒ known as Buck Island – Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |
| 49. Lot 1/2 acre in size in ▒▒▒ Wilkinson County, MS Value at acquisition (10/94) $16,000 | None | | J | R | | | | | |
| Lot ½ acre in size in ▒▒▒ Wilkinson County, MS Purchased 9/00 – Value at acquisition – $17,000 | None | | K | R | | | | | |
| 50. U. S. Government Bonds | None | | K | T | | | | | |
| 51. 10% mineral interest in 2500 acres in Sections ▒▒▒▒, Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. in 2500 acres in ▒▒▒ Concordia Parish, LA | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 52. Smith Barney Account: Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| American Funds: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| World Wrestling Fdn Entmt, Inc. | A | div. | J | T | | | | | |
| 53. 50% interest in Geoghegan Properties, L.P. | C | div. | O | T | | | | | |
| 54. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | C | Rent | L | T | Rent | 2009 | J | | BellSouth |
| Four acres of this property was taken in Eminent Domain proceedings | | | | | Eminent Domain | 10/14 | L | | MS Dept. Of Transp. |
| 55. 0.045% partnership int. in Walters Group, Ltd. | C | div. | L | T | | | | | |
| 56. 1/2 int. in Hard Times, Inc., | E | rent | K | T | | | | | |
| 57. 2/5 int. in ☐ ☐ ☐, Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period (1) Amt. 1 Code | (2) Type | C. GROSS VALUE at end of reporting period (1) Value2 Code | (2) Value Method3 | D. TRANSACTIONS during reporting period (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
|---|---|---|---|---|---|---|---|---|---|
| Additional 20% int. in [____] Wilkinson County, MS - 5/02 $75,000 | | None | L | R | | | | | |
| 58. 360 acres, [____] Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | None | | N | R | | | | | |
| 59. Regions Bank (formerly AmSouth Bank) Money Market Account | A | div. | K | T | | | | | |
| 60. 1/4 int. in 70 acres, [____] Adams County, MS, known as the Hunter Tract - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |
| 61. 50% int. in Parcel No. [____] Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 62. Edward Jones Account: Cash and Money Market | A | div. | K | T | | | | | |
| 63. 1/16th int. in [____] Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | None | | K | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| | | | | | | If not exempt from disclosure | | | |
| 64. Undivided 67 acres in ▨▨▨, Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | None | | L | R | | | | | |
| 65. 2/24 int. in ▨▨ ▨ ▨ Wilkinson County, MS - 7/01 $100,000 | None | | L | R | | | | | |
| 66. Undivided 10% of 2/3 int. in 1280 acres, ▨ ▨ ▨ ▨ W, Wilkinson County, MS 3/02 - $30,231 | None | | K | R | | | | | |
| 67. Undivided int. in ▨▨▨ ▨ R4W, Wilkinson County, MS 3/02 - $30,231 | None | | J | R | | | | | |
| Undivided int. in ▨▨▨ ▨, R4W, Wilkinson County, MS 11/02 - $8,722 | None | | J | R | | | | | |
| 68. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |
| 69. Munder Funds (Health-care Fund) | None | | J | T | | | | | |
| 70. Britton & Koontz Bank CD | A | Int. | L | T | | | | | |
| 71. United Mississippi Bank CD | A | Int. | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code | (2) 1 Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 72. Undivided interest in oil, gas and other minerals (Alex Ventress) – ▒▒ ▒▒ and ▒▒▒▒ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 73. 1/3 int. in 551 acres In ▒▒ ▒▒▒ Wilkinson County, MS Vale at acquisition (2005) $250,000 | B | Hunting Lease | N | R | | | | | |
| 74. Inherited from Est. of ▒▒▒▒▒▒▒: | | | | | | | | | |
| Exxon Mobil | A | div. | K | T | | | | | |
| NBC Capital Corp. (Cadence) | B | div. | K | T | | | | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| 75. New Investment Account -KMP, Ridgeland Stocks: | | | | | | | | | |
| Chevron | A | div. | | | Buy Sold | 3/24 6/5 | J J | B | |
| Dover Corp. | A | div. | J | T | Buy Sold | 5/12 8/26 | J J | | |
| Ford Motor Co. | A | div. | J | T | | | | | |
| Ready Assets Fund | B | Div. | L | T | | | | | |
| Garmin | A | div. | J | T | Buy Sold Buy | 8/26 11/2 11/20 | J J J | | |
| Microsoft Corp. | A | div. | J | T | Buy | 12/8 | J | | |
| TEVA PharmaCTCL | A | div. | J | T | Buy | 9/21 | J | | |
| Western Union | A | div. | | | Buy Sold | 5/12 8/26 | J J | | |

38.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 4/26/10 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| MUTUAL FUNDS: Sector SPDR Energy | A | div. | J | T | Buy | 6/23 | J | | |
| | | | | | Sold | 9/21 | J | B | |
| 76. ½ interest in Wilson house, Woodville, MS Value at acquisition - $14,600) | A | Rent | J | R | Buy | 1/3 | J | | |
| 77. 1/3 int of 800 acres (267 acres) in Phillips County, Arkansas | None | | N | R | Timber Sale | 6/9 | L | | Good Hope, Inc. |
| | | | | | Crop Income | 9/9 | J | | Gene Johnson, Jr. |
| 78. Regions Bank - CD | A | Int. | L | T | Redeemed 6/09 | | L | | |
| 79. 10% working interest In oil, gas and other Mineral production, Peabody well in Concordia Parish, LA | L | Oil Int. | N | W | | | | | |
| 80. Britton & Koontz Bank CD | A | Int. | M | T | Buy | 1/9 | M | | |
| | | | | | Redeemed 12/7 | | | | |
| 81. Britton & Koontz Bank CD | A | Int. | M | T | Buy | 12/9 | M | | |
| 82. Britton & Koontz Bank CD | A | Int. | M | T | Buy | 2/3 | M | | |
| 83. Concordia Bank CD | A | Int. | M | T | Buy | 2/9 | M | | |
| 84. Cadence Bank CD | A | Int. | M | T | Buy | 2/9 | M | | |
| | | | | | Redeemed | 8/9 | M | | |
| 85. United MS Bank CD | A | Int. | L | T | Buy | 9/9 | L | | |

48.